# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KRISTI LAURIS, et. al., | Case No. 1:16-cv-00393-LJO-SAB |
| Plaintiffs, | ORDER GRANTING PETITION TO APPOINT GUARDIAN AD LITEM |
| v. | |
| NOVARTIS AG, et. al., | ECF No. 1-2 |
| Defendants. | |

On March 22, 2016, Plaintiffs filed a complaint in this action. (ECF No. 1.) On that same date, Plaintiff Kristi Lauris filed as an attachment to the complaint a petition for an order appointing her as guardian ad litem for L.L., a minor. (ECF No. 1-2.) Plaintiff Kristi Lauris indicated that she is the mother of L.L., that L.L. has no general guardian, and that no previous petition for appointment of a guardian ad litem has been filed in this matter. (ECF No. 1-2.) Plaintiff Kristi Lauris also indicated that she is fully competent to act as the guardian ad litem and consents to be the guardian ad litem for L.L. (ECF No. 1-2.) Good cause appearing, the Court appoints Kristi Lauris as guardian ad litem for minor Plaintiff, L.L.

Accordingly, IT IS HEREBY ORDERED that:

1. Plaintiff Kristi Lauris's petition to appoint Kristi Lauris as guardian ad litem for

1

the minor Plaintiff, L.L., is GRANTED; and

2. Kristi Lauris is appointed as guardian ad litem for the minor Plaintiff, L.L.

IT IS SO ORDERED.

Dated:  **May 17, 2016**

_____
UNITED STATES MAGISTRATE JUDGE