1  ERIN M. BOSMAN (CA SBN 204987)
   EBosman@mofo.com
2  JULIE Y. PARK (CA SBN 259929)
   JuliePark@mofo.com
3  MORRISON & FOERSTER LLP
   12531 High Bluff Drive
4  San Diego, California 92130-2040
   Telephone: 858.720.5100
5
   Attorneys for Defendant
6  NOVARTIS AG

7

8                    UNITED STATES DISTRICT COURT

9                    EASTERN DISTRICT OF CALIFORNIA

10

| | |
|---|---|
| Kristi Lauris, Individually and as Successor In Interest to the Estate of Dainis Lauris; Kristi Lauris as Guardian ad Litem for L.L.; and Taylor Lauris,<br><br>Plaintiffs,<br><br>v.<br><br>Novartis AG, a Global Healthcare Company; Novartis Pharmaceuticals Corporation, a Delaware Corporation,<br><br>Defendants. | Case No. 1:16-cv-00393-LJO-SAB<br><br>**SECOND STIPULATION AND ORDER FOR EXTENSION OF TIME FOR NOVARTIS AG TO RESPOND TO COMPLAINT** |

Pursuant to Local Rule 144, Plaintiffs Kristi Lauris, individually and as successor in interest to the Estate of Dainis Lauris, Kristi Lauris as Guardian ad Litem for L.L., and Taylor Lauris (collectively "Plaintiffs") and Defendant Novartis AG hereby stipulate and request that Novartis AG have a 14-day extension of time to respond to the Complaint in this action. The reason for this request is that Plaintiffs plan to file an amended complaint, obviating the need to respond to the original Complaint. The parties have previously extended until May 31 Novartis AG's time to move, answer, or otherwise respond to the Complaint. (ECF No. 16.) In the event that Plaintiffs do not file an Amended Complaint by May 31, Novartis AG's time shall be extended to and include June 14, 2016.

Dated: May 27, 2016            MORRISON & FOERSTER LLP


                               By: /s/ Julie Y. Park
                                   Julie Y. Park

                               Attorneys for Defendant
                               NOVARTIS AG

Dated: May 27, 2016            ELIAS GUTZLER SPICER LLC


                               By: /s/ Richard M. Elias (as authorized on 5/27/16)
                                   Richard M. Elias

                               Attorneys for Plaintiffs
                               Kristi Lauris, Individually and as Successor In
                               Interest to the Estate of Dainis Lauris, Kristi
                               Lauris as Guardian ad Litem for L.L., and
                               Taylor Lauris

IT IS SO ORDERED.

Dated: __**May 27, 2016**__                    _____
                                               UNITED STATES MAGISTRATE JUDGE