# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KRISTI LAURIS, et. al., | Case No. 1:16-cv-00393-LJO-SAB |
| Plaintiffs, | ORDER RE STIPULATION FOR EXTENSION OF TIME TO RESPOND TO FIRST AMENDED COMPLAINT |
| v. | |
| NOVARTIS AG, et al., | (ECF No. 31) |
| Defendants. | |

Pursuant to stipulation of the parties, Defendant Novartis AG's time to respond to the First Amended Complaint shall be extended to and include July 8, 2016.

IT IS SO ORDERED.

Dated: __**June 20, 2016**__

_____
UNITED STATES MAGISTRATE JUDGE