# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KRISTI LAURIS, et. al.,<br><br>　　　　Plaintiffs,<br><br>　　v.<br><br>NOVARTIS AG, et al.,<br><br>　　　　Defendants. | Case No.  1:16-cv-00393-LJO-SAB<br><br>ORDER ADOPTING FINDINGS AND RECOMMENDATIONS<br><br>(ECF Nos. 33-35, 44, 45, 48) |

The complaint in this action was filed on March 22, 2016.  On June 20, 2016, Defendant Novartis Pharmaceuticals Corporation ("NPC") filed a motion to dismiss in which Defendant Novartis AG joined.  The motion was referred to the undersigned for issuance of findings and recommendations pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 302.

On March 14, 2014, the magistrate judge filed a findings and recommendations.  The findings and recommendations recommended denying Defendants' motion to dismiss.  The findings and recommendations was served on the parties and contained notice that any objections to were to be filed within fourteen days (14) days from the date of service.  The period for filing objections has passed and no objections have been filed.

In accordance with the provisions of 28 U.S.C. § 636(b)(1)(C), this Court has conducted a de novo review of this case.  Having carefully reviewed the entire file, the Court finds the findings and recommendations to be supported by the record and by proper analysis.

Accordingly, IT IS HEREBY ORDERED that:

1. The findings and recommendations, filed July 22, 2016, is ADOPTED IN FULL; and

2. Defendants Novartis Pharmaceutical Corporation and Novartis AG's motion to dismiss is DENIED.

IT IS SO ORDERED.

Dated:   **August 9, 2016**              /s/ Lawrence J. O'Neill  
                                   UNITED STATES CHIEF DISTRICT JUDGE