# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KRISTI LAURIS, et. al., | Case No. 1:16-cv-00393-LJO-SAB |
| Plaintiffs, | ORDER SETTING BRIEFING SCHEDULE ON DEFENDANTS' REQUEST FOR SANCTIONS |
| v. | |
| NOVARTIS AG, et al., | |
| Defendants. | |

Currently before the Court is Plaintiffs' motion to compel discovery in this action which is set for oral argument on Wednesday, November 16, 2016 at 10:00 a.m. On November 10, 2016, an order issued denying Plaintiffs' request to file documents under seal in support of the motion and providing an opportunity to file a renewed motion on November 14, 2016. On November 12, 2016, Plaintiffs filed a request for leave to file exhibits in the public record. On November 13, 2016, Defendants filed a notice of opposition to the motion. On November 14, 2016, Defendants filed a notice of request to file the documents under seal in which they are also seeking sanctions against Plaintiffs for violation of the protective order.

On November 15, 2016, an informal telephonic conference was conducted with the parties to determine how they wished to proceed on the currently pending motions. Counsel Richard Elias and Tamara Spicer appeared for Plaintiffs and Sandra Edwards and Andrew Reissaus appeared for Defendants. Based upon the discussion at the informal conference, oral

1

argument on the motion for discovery will take place as currently scheduled on November 16, 2016. The request for sanctions shall be addressed on the papers.

Accordingly, IT IS HEREBY ORDERED that:

1. Plaintiffs' shall file a response to Defendants' request for sanctions on or before **November 17, 2016, at 5:00 p.m. Pacific Time**;

2. Defendants reply, if any, shall be filed on or before **November 21, 2016 at 5:00 p.m. Pacific Time**; and

3. Upon expiration of the time for Defendants' to file a reply the matter shall be deemed submitted.

IT IS SO ORDERED.

Dated: **November 15, 2016**

UNITED STATES MAGISTRATE JUDGE