# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KRISTI LAURIS, et. al., | Case No.  1:16-cv-00393-LJO-SAB |
| Plaintiffs, | ORDER GRANTING MOTION TO WITHDRAW REQUEST FOR LEAVE TO FILE EXHIBITS IN PUBLIC RECORD AND REQUEST TO FILE DOCUMENTS UNDER SEAL |
| v. | |
| NOVARTIS AG, et al., | |
| Defendants. | (ECF Nos. 65, 66, 67, 71) |

Plaintiff filed a motion for discovery on October 19, 2016.  (ECF No. 60.)  On November 9, 2016, the parties filed a joint statement of discovery dispute, a declaration in support of the motion, and a notice of request to seal documents.  (ECF Nos. 61, 62, 63.)  On November 10, 2016, an order issued denying without prejudice the request to file documents under seal finding that Plaintiffs had not shown good cause to seal the documents.  (ECF No. 64.)  Pursuant to the November 10, 2016 order, the request to seal was to be filed by noon on November 14, 2016.

On November 12, 2016, Plaintiffs filed a request for leave to file the exhibits in the public record.  (ECF No. 65.)  On November 13, 2016, Defendants filed a notice of opposition to the motion.  (ECF No. 66.)  On November 14, 2016, Defendants filed a notice of request to seal. (ECF No. 67.)  Defendants also seek to have the documents stricken from the record and for the issuance of sanctions against Plaintiffs for violation of the protective order.

On November 16, 2016, oral argument was heard on the discovery motion. On November 17, 2016, the parties filed a statement of intent to withdraw Plaintiffs' request for leave to file documents in the public record, and Defendants' request to file documents under seal and request for sanctions.

Accordingly, IT IS HEREBY ORDERED that the parties' motion to withdraw Plaintiffs' request for leave to to file documents in the public record and Defendants' request to file documents under seal is GRANTED, and the motions are withdrawn from consideration.

IT IS SO ORDERED.

Dated:   **November 22, 2016**

UNITED STATES MAGISTRATE JUDGE