1
2
3
4
5
6                    UNITED STATES DISTRICT COURT
7              FOR THE EASTERN DISTRICT OF CALIFORNIA
8
9
10
11   KRISTI LAURIS, etal.,
                                        CASE NO. 1:16-cv-00393-LJO-SAB
12            Plaintiffs,
13        v.
                                        ORDER REGARDING SETTLEMENT
14   NOVARTIS AG and NOVARTIS           CONFERENCE
     PHARMACEUTICALS CORP.,
15                                      PERSONAL APPEARANCE BY PLAINTIFF
              Defendants.               AND DEFENSE COUNSEL REQUIRED
16
17
18   _____
19
20        This case is set for a Settlement Conference before Magistrate Judge Barbara A. McAuliffe on
21   **October 26, 2017 at 9:30 am** in Courtroom 8 at the U.S. District Court, 2500 Tulare Street, Fresno,
22   California, 93721.  Unless otherwise permitted in advance by the Court, <u>the attorneys who will try the</u>
23   <u>case</u> shall personally appear at the settlement conference with the parties and the person or persons
24   <u>having full authority</u> to negotiate and settle the case, on any terms, at the conference.
25        No later than seven days prior to the settlement conference, each party shall submit directly to
26   Judge McAuliffe's chambers at bamorders@caed.uscourts.gov, a confidential settlement conference
27   statement.  This statement should neither be filed with the clerk of the Court nor served on any other
28   party.  Each statement shall be clearly marked "CONFIDENTIAL" with the date and time of the

mandatory settlement conference indicated prominently.

The settlement statement should not be lengthy but shall include a brief recitation of the facts, a discussion of the strengths and weaknesses of the case, an estimate of the cost and time to be expended for further pretrial and trial matters, and the relief sought. The parties are also directed to include a candid statement on the party's position on settlement, **including the amount which the party will accept to settle, realistic settlement expectations**, present settlement proposals, and a history of past settlement discussions, offers, demands, and a report on settlement efforts to date.

This Court will vacate the settlement conference if the Court finds the settlement conference will be neither productive nor meaningful to attempt to resolve all or part of this case. As far in advance of the settlement conference as possible, a party shall inform the Court and other parties that it believes the case is not in a settlement posture so the Court may vacate or reset the settlement conference. Otherwise the parties shall proceed with the settlement conference in good faith to attempt to resolve all or part of the case.


IT IS SO ORDERED.

Dated:  __February 15, 2017__        ____/s/ _Barbara A. McAuliffe_____
                                     UNITED STATES MAGISTRATE JUDGE