# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KRISTI LAURIS, Individually and as Successor In Interest to the Estate of DAINIS LAURIS; KRISTI LAURIS as Guardian Ad Litem for L.L.; and TAYLOR LAURIS,<br><br>Plaintiffs,<br><br>v.<br><br>NOVARTIS AG, a Global Healthcare Company; NOVARTIS PHARMACEUTICALS CORPORATION, a Delaware Corporation,<br><br>Defendants. | Case No.: 1-16-cv-00393-SEH<br><br>**ORDER** |

The Court, after considering plaintiffs Kristi Lauris, Individually and as Successor In Interest to the Estate of Dainis Lauris, Kristi Lauris as Guardian Ad Litem for L.L., and Taylor Lauris' ("Plaintiffs") Unopposed Application for Issuance of Letters Rogatory, and for good cause appearing, hereby **GRANTS** Plaintiffs' Application for Letters Rogatory in the form as attached.

Nothing in this Order or the attached Letters Rogatory shall be construed as a ruling as to the relevance or admissibility of any documents produced by Novartis Pharmaceuticals Canada Inc. in response to the Letters Rogatory, and Defendants shall retain the right to raise any challenges as to relevance or admissibility of such documents at the appropriate time.

1

Any documents produced by Novartis Pharmaceuticals Canada Inc. in response to the Letters Rogatory shall be governed by the terms of the Protective Order entered in this case. (ECF No. 59.)

**IT IS SO ORDERED,**

DATED this 21st day of March, 2017.

*/s/ Sam E. Haddon*
SAM E. HADDON
United States District Judge

2