# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KRISTI LAURIS, Individually and as Successor In Interest to the Estate of DAINIS LAURIS; KRISTI LAURIS as Guardian Ad Litem for L.L.; and TAYLOR LAURIS, <br><br> Plaintiffs, <br><br> v. <br><br> NOVARTIS AG, a Global Healthcare Company; NOVARTIS PHARMACEUTICALS CORPORATION, a Delaware Corporation, <br><br> Defendants. | Case No.: 1-16-cv-00393-SEH <br><br> **ORDER** |

The Court will conduct a telephonic status conference with counsel at 9:00 a.m. (PT) (10:00 a.m. (MT)) on April 7, 2017, to address, *inter alia*, scheduling of hearings on pretrial motions, admission of discovery and deposition testimony at trial, admission of exhibits at trial, and related pretrial and trial management issues.

The Court will initiate the call. Counsel shall file a notice stating the number at which they may be reached for the call on or before April 6, 2017.

DATED this 3rd day of April, 2017.

*/s/ Sam E. Haddon*
SAM E. HADDON
United States District Judge

1