# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KRISTI LAURIS, Individually and as Successor In Interest to the Estate of DAINIS LAURIS; KRISTI LAURIS as Guardian Ad Litem for L.L.; and TAYLOR LAURIS,<br><br>Plaintiffs,<br><br>v.<br><br>NOVARTIS AG, a Global Healthcare Company; NOVARTIS PHARMACEUTICALS CORPORATION, a Delaware Corporation,<br><br>Defendants. | Case No.: 1-16-cv-00393-SEH<br><br>ORDER |

On October 11, 2016, United States Magistrate Judge Stanley A. Boone issued an Order Re Stipulated Protective and Confidentiality Order. (Doc. No. 59.) The Order states:

1. The protective order is entered;

2. The parties are advised that pursuant to the Local Rules of the United States District Court, Eastern District of California, any documents which are to be filed under seal will require a written request which complies with Local Rule 141; and

3. The party making a request to file documents under seal shall be required to show good cause for documents attached to a nondispositive motion or compelling reasons for documents attached to a dispositive motion. Pintos v. Pacific Creditors Ass'n, 605 F.3d 665, 677-78 (9th Cir. 2009).

(Doc. No. 59 at 12-13.)

The Order of Reassignment was issued by United States Chief District Judge Lawrence J. O'Neill on March 2, 2017. (Doc. No. 82.) On March 31, 2017, the Court issued a supplemental scheduling order. (Doc. No. 92.)

Counsel are apprised that it is the practice of this Court to deny any requested protective order that is inconsistent with and that does not include, in substance, the following language:

"Filing of documents under seal shall be conducted in compliance with L.R. 141. No document filed under seal shall be considered by the Court or relied upon by any party absent an order of Court so permitting."

"All parties understand that all documents relied upon by the Court in resolving any issue before the Court, including documents filed under seal, will be made public contemporaneously with the Court's ruling on the issue."

"None of the terms or conditions of this agreement shall apply to any information or documentation which hereafter becomes subject to public disclosure by order of Court or agreement of the parties."

The parties are notified that the Court will apply and enforce the provisions in the three paragraphs stated above within quotation marks in resolving any issue before the Court. Any counsel having objection to implementation and enforcement of the written quotation mark provisions stated above shall so notify the Court forthwith in writing, in which case the Stipulated Protective and Confidentiality Order (Doc. No. 59) will be vacated in its entirety.

DATED this 6th day of April, 2017.

*Sam E. Haddon*
SAM E. HADDON
United States District Judge