# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KRISTI LAURIS, Individually and as Successor In Interest to the Estate of DAINIS LAURIS; KRISTI LAURIS as Guardian Ad Litem for L.L.; and TAYLOR LAURIS,<br><br>Plaintiffs,<br><br>v.<br><br>NOVARTIS AG, a Global Healthcare Company; NOVARTIS PHARMACEUTICALS CORPORATION, a Delaware Corporation,<br><br>Defendants. | Case No.: 1-16-cv-00393-SEH<br><br>ORDER |

On March 29, 2016, the applications of Greg Gutzler, Esq., Richard Elias, Esq., and Tamara Spicer, Esq., of Elias Gutzler Spicer LLC, St. Louis, Missouri, to appear *pro hac vice* in this case, with Jim Weakley, Esq. of Weakley & Arendt, LLP, Fresno, California, to act as local counsel, on behalf of Plaintiffs were granted. (Doc. Nos. 7, 8, 9.)

On April 25, 2016, the application of Robert Johnston, Esq., of Hollingsworth LLP, Washington, DC, to appear *pro hac vice* in this case, with Sandra Edwards, Esq, of Farella Braun + Martel LLP, San Francisco, California, to act as local counsel, on behalf of Defendant Novartis Pharmaceuticals Corporation was granted. (Doc. No. 13.)

On April 27, 2016, the application of Katherine Latimer, Esq., of Hollingsworth LLP, Washington, DC, to appear *pro hac vice* in this case, with Sandra Edwards, Esq. of Farella Braun + Martel LLP, San Francisco, California, to act as local counsel, on behalf of Defendant Novartis Pharmaceuticals Corporation was granted. (Doc. No. 15.)

On July 29, 2016, the application of Andrew Reissaus, Esq., of Hollingsworth LLP,

Washington, DC, to appear *pro hac vice* in this case, with Sandra Edwards, Esq. of Farella Braun + Martel LLP, San Francisco, California, to serve as local counsel, on behalf of Defendant Novartis Pharmaceuticals Corporation was granted. (Doc. No. 50.)

The policy of this Court precludes the admission of more than two *pro hac vice* lawyers for any one party. Plaintiffs are directed to withdraw the *pro hac vice* admission of one of Greg Gutzler, Esq., Richard Elias, Esq., and Tamara Spicer, Esq. as counsel for Plaintiffs. Defendant Novartis Pharmaceuticals Corporation is directed to withdraw the *pro hac vice* admission of one of Robert Johnston, Esq., Katherine Latimer, Esq., and Andrew Reissaus, Esq. as counsel for Defendant Novartis Pharmaceuticals Corporation.

The parties are further notified that counsel admitted *pro hac vice* before this Court are subject to the following conditions:

1. Local counsel must serve as either lead or co-lead counsel;

2. Either *pro hac vice* counsel, but not both, may act as co-lead counsel;

3. Each *pro hac vice* counsel must do his or her own work. Each must do his or her own writing, sign his or her own pleadings, motions and briefs, and, if designated co-lead counsel, must appear and participate personally in all proceedings before this court.

4. Local counsel must also sign all such pleadings, motions, briefs, and other documents served or filed.

5. Admission is personal to each *pro hac vice* counsel; it is not an admission of Elias Gutzler Spicer LLC or Farella Braun + Martel LLP.

DATED this 6th day of April, 2017.

SAM E. HADDON
United States District Judge

2