# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KRISTI LAURIS, Individually and as Successor In Interest to the Estate of DAINIS LAURIS; KRISTI LAURIS as Guardian Ad Litem for L.L.; and TAYLOR LAURIS,<br><br>Plaintiffs,<br><br>v.<br><br>NOVARTIS AG, a Global Healthcare Company; NOVARTIS PHARMACEUTICALS CORPORATION, a Delaware Corporation,<br><br>Defendants. | Case No.: 1-16-cv-00393-SEH<br><br>ORDER |

The Court will conduct a telephonic conference on the record with counsel for all parties at 2:00 p.m. (PT) (3:00 p.m. (MT)) on May 30, 2017, to consider Plaintiffs' Notice of Request for Leave to File Document in the Public Record (Doc. No. 102), filed on May 15, 2017.

The Court will initiate the call. Counsel shall file a notice stating the number at which they may be reached for the call on or before May 26, 2017.

DATED this 19th day of May, 2017.

SAM E. HADDON
United States District Judge

1