# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KRISTI LAURIS, Individually and as Successor In Interest to the Estate of DAINIS LAURIS; KRISTI LAURIS as Guardian Ad Litem for L.L.; and TAYLOR LAURIS,<br><br>Plaintiffs,<br><br>v.<br><br>NOVARTIS AG, a Global Healthcare Company; NOVARTIS PHARMACEUTICALS CORPORATION, a Delaware Corporation,<br><br>Defendants. | Case No.: 1-16-cv-00393-SEH<br><br>ORDER |

On May 30, 2017, the Court held a telephonic conference on the record to consider Plaintiffs' Request for Leave to File Document [Exhibit N to the Expert Report of Klaus Hoffmann, M.D. (Doc. No. 101-1)] in the Public Record (Doc. No. 102). Counsel for Plaintiffs and Defendant Novartis Pharmaceuticals Corporation were present. Counsel for Defendant Novartis AG was not present.

An Order of Reassignment of this case was issued by United States Chief District Judge Lawrence J. O'Neill on March 2, 2017. (Doc. No. 82.)

On April 4, 2017, the Court issued its Order, stating, *inter alia*:

> All parties understand that all documents relied upon by the Court in resolving any issue before the Court, including documents filed under seal, will be made public contemporaneously with the Court's ruling on the issue.

(Doc. No. 95 at 2.) No party has notified the Court of objection to implementation and enforcement of the April 4, 2017, Order.

1

Upon consideration of Dr. Hoffmann's Expert Report and Exhibit N to the report, and having determined that Dr. Hoffmann considered and relied in part upon the content of Exhibit N in forming the conclusions and opinions expressed in the report, and notwithstanding the Order Re Stipulated Protective and Confidentiality Order (Doc. No. 59),

ORDERED:

1. The terms and conditions of the Order Re Stipulated Protective and Confidentiality Order no longer apply to Exhibit N of the Expert Report of Klaus Hoffmann, M.D. (Doc. No. 101-1) filed on May 12, 2017.

2. The Court has made no determination or ruling as to the admissibility of Exhibit N as a trial exhibit or as to whether any reference to Exhibit N will be appropriate for admission or reference by any party at trial.

DATED this 31st day of May, 2017.

_Sam E. Haddon_
SAM E. HADDON
United States District Judge