# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KRISTI LAURIS, Individually and as Successor In Interest to the Estate of DAINIS LAURIS; KRISTI LAURIS as Guardian Ad Litem for L.L.; and TAYLOR LAURIS,<br><br>Plaintiffs,<br><br>v.<br><br>NOVARTIS AG, a Global Healthcare Company; NOVARTIS PHARMACEUTICALS CORPORATION, a Delaware Corporation,<br><br>Defendants. | Case No.: 1-16-cv-00393-SEH<br><br>ORDER |

The parties are advised that, as of the date of this Order, a paper copy of all filings in excess of 20 pages shall be submitted to Judge Haddon's Chambers at:

> 901 Front Street, Suite 3100A
> Helena, Montana 59626

Additionally, on or before July 28, 2017, Plaintiffs shall submit a paper copy, with all attachments, of: (1) Plaintiffs' First Disclosure of Expert Testimony Under Fed. R. Civ. P. 26(a)(2) (Doc. No. 101); (2) Plaintiffs' Second Disclosure of Expert Testimony Under Fed. R. Civ. P. 26(a)(2) (Doc. No. 112); and (3) Plaintiffs' Disclosure of Supplemental Expert Testimony Under Fed. R. Civ. P. 26(e) (Doc. No. 117), to the address listed above.

DATED this __10th__ day of July, 2017.

*Sam E. Haddon*
SAM E. HADDON
United States District Judge

1