# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KRISTI LAURIS, Individually and as Successor In Interest to the Estate of DAINIS LAURIS; KRISTI LAURIS as Guardian Ad Litem for L.L.; and TAYLOR LAURIS,<br><br>Plaintiffs,<br><br>v.<br><br>NOVARTIS AG, a Global Healthcare Company; NOVARTIS PHARMACEUTICALS CORPORATION, a Delaware Corporation,<br><br>Defendants. | Case No.: 1-16-cv-00393-SEH<br><br>ORDER |

Pending before the Court is Novartis Pharmaceuticals Corporation's Ex Parte Request for Extension of Time for Briefing. (Doc. No. 121.) Plaintiffs oppose the request. (Doc. No. 131.)

ORDERED:

Novartis Pharmaceuticals Corporation's Ex Parte Request for Extension of Time for Briefing (Doc. No. 121) is GRANTED in part and DENIED in part as follows: Novartis Pharmaceuticals Corporation shall have to and including September 12, 2017, in which to file briefs in response to Plaintiffs' Motions *in Limine* Nos. 1-5. Optional reply briefs may be filed on or before September 19, 2017.

1

All other deadlines in the Court's Orders of March 31, 2017 and April 10, 2017 remain in full force and effect. (Doc. Nos. 92 and 98.)

DATED this 29th day of August, 2017.

*/s/ Sam E. Haddon*
SAM E. HADDON
United States District Judge