Robert E. Johnston (admitted *pro hac vice*)
rjohnston@hollingsworthllp.com
Andrew L. Reissaus (admitted *pro hac vice*)
areissaus@hollingsworthllp.com
Hollingsworth LLP
1350 I Street, NW
Washington, DC  20005
Telephone:  (202) 898-5800
Facsimile:  (202) 682-1639

James A. Bruen (State Bar No. 43880)
jbruen@fbm.com
Sandra A. Edwards (State Bar No. 154578)
sedwards@fbm.com
Farella Braun + Martel LLP
235 Montgomery Street, 17th Floor
San Francisco, CA  94104
Telephone:  (415) 954-4400
Facsimile:  (415) 954-4480

*Attorneys for Defendant Novartis Pharmaceuticals Corporation*

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Kristi Lauris, Individually and as Successor in Interest to the Estate of Dainis Lauris; Kristi Lauris as Guardian ad Litem for L.L.; and Taylor Lauris,<br><br>Plaintiffs,<br><br>vs.<br><br>Novartis AG, a Global Healthcare Company; Novartis Pharmaceuticals Corporation, a Delaware Corporation,<br><br>Defendants. | Case No.  1:16-cv-00393-SEH<br><br>**NOVARTIS PHARMAEUTICALS CORPORATION'S NOTICE OF MOTION AND MOTION FOR SUMMARY JUDGMENT**<br><br>Hon. Sam E. Haddon<br><br>Trial Date:   January 23, 2018 |

1    TO THE COURT, ALL PARTIES, AND THEIR COUNSEL OF RECORD:

2    Notice is hereby given that Defendant Novartis Pharmaceuticals Corporation ("NPC") hereby moves the Court pursuant to Federal Rule of Civil Procedure Rule 56 for an order granting summary judgment on the ground that there is no genuine issue as to any material fact and that NPC is entitled to summary judgment as a matter of law for the reasons that: (1) plaintiffs' survivor claims are barred by the statute of limitations, (2) Tasigna®'s FDA-approved warnings were adequate as a matter of law when Tasigna® was prescribed, (3) plaintiffs cannot show that a different warning would have avoided Mr. Lauris' alleged injuries, and (4) there is no reliable evidence that Tasigna® did in fact cause Mr. Lauris' intracranial atherosclerosis and his death.

This Motion is based upon this Notice of Motion and Motion, the accompanying memorandum of law, Statement of Undisputed Facts, and Declaration of Robert E. Johnston in Support of the Motion, and any such other matters as may be presented to the Court at the time of any hearing scheduled by the Court to address such Motion.

Dated: September 1, 2017                    Respectfully submitted,

/s/ Sandra A. Edwards
Sandra A. Edwards (State Bar No. 154578)
(sedwards@fbm.com)
  FARELLA BRAUN + MARTEL LLP
  235 Montgomery Street, 17th Floor
  San Francisco, CA  94104
  Telephone:  (415) 954-4400
  Facsimile:  (415) 954-4480

/s/ Robert E. Johnston
Robert E. Johnston (admitted *pro hac vice*)
(rjohnston@hollingsworthllp.com)
Andrew L. Reissaus (admitted *pro hac vice*)
(areissaus@hollingsworthllp.com)
  HOLLINGSWORTH LLP
  1350 I Street, NW
  Washington, D.C. 20005
  Telephone: (202) 898-5800
  Facsimile: (202) 682-1639
*Attorneys for Defendant Novartis Pharmaceuticals Corporation*

# CERTIFICATE OF SERVICE

I hereby certify that on September 1, 2017, a true and copy of the foregoing was served upon the following by operation of the Court's Electronic Case Filing System

Richard M. Elias
Greg Gutzler
Tamara M. Spicer
ELIAS GUTZLER SPICER LLC
1924 Chouteau Ave., Suite W
St. Louis, MO 63103

*Counsel for Plaintiffs*

Julie Y. Park
juliepark@mofo.com
Grant Esposito
gesposito@mofo.com
MORRISON & FOERSTER LLP
12531 High Bluff Drive
San Diego, CA 92130

*Counsel for Defendant Novartis AG*

/s/Sandra A. Edwards
Sandra A. Edwards (State Bar No. 154578)
(sedwards@fbm.com)
FARELLA BRAUN & MARTEL LLP
235 Montgomery Street, 17th Floor
San Francisco, CA  94104
Telephone:  (415) 954-4400
Facsimile:  (415) 954-4480

*Attorneys for Defendant*
*Novartis Pharmaceuticals Corporation*