# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KRISTI LAURIS, Individually and as Successor In Interest to the Estate of DAINIS LAURIS; KRISTI LAURIS as Guardian Ad Litem for L.L.; and TAYLOR LAURIS,<br><br>Plaintiffs,<br><br>v.<br><br>NOVARTIS AG, a Global Healthcare Company; NOVARTIS PHARMACEUTICALS CORPORATION, a Delaware Corporation,<br><br>Defendants. | Case No.: 1-16-cv-00393-SEH<br><br>ORDER |

A hearing on Defendant Novartis AG's Motion for Summary Judgment (Doc. No. 158), Defendant Novartis Pharmaceuticals Corporation's Motion for Summary Judgment (Doc. No. 172) and Plaintiffs' Motion *in limine* No. 5 to Exclude Defendants' Affirmative Defenses Under Rule 37(c)(1) of the Federal Rules of Civil Procedure (Doc. No. 129) shall be held **at 9:00 a.m. (PT) (10:00 a.m. (MT)) on November 3, 2017,** via video conference at the Robert E. Coyle Federal Courthouse, Courtroom I, Fresno, California.

DATED this 16th day of October, 2017.

SAM E. HADDON
United States District Judge