# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KRISTI LAURIS, Individually and as Successor In Interest to the Estate of DAINIS LAURIS; KRISTI LAURIS as Guardian Ad Litem for L.L.; and TAYLOR LAURIS,<br><br>Plaintiffs,<br><br>v.<br><br>NOVARTIS AG, a Global Healthcare Company; NOVARTIS PHARMACEUTICALS CORPORATION, a Delaware Corporation,<br><br>Defendants. | Case No.: 1-16-cv-00393-SEH<br><br>ORDER |

The Joint Stipulation Requesting In-Person Hearing (Doc. 224) is GRANTED. Counsel for Plaintiffs and Defendants may appear in person at 10:00 a.m. (MT) on November 3, 2017, at the Paul G. Hatfield Courthouse, Courtroom I, Helena, Montana. Co-counsel for Plaintiffs, Brande Lynn Gustafson, Esq. and James D. Weakley, Esq., may appear via video conference at the Robert E. Coyle Federal Courthouse, Courtroom I, Fresno, California.

DATED this 18th day of October, 2017.

SAM E. HADDON
United States District Judge