# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KRISTI LAURIS, Individually and as Successor In Interest to the Estate of DAINIS LAURIS; KRISTI LAURIS as Guardian Ad Litem for L.L.; and TAYLOR LAURIS,<br><br>Plaintiffs,<br><br>v.<br><br>NOVARTIS AG, a Global Healthcare Company; NOVARTIS PHARMACEUTICALS CORPORATION, a Delaware Corporation,<br><br>Defendants. | Case No.: 1-16-cv-00393-SEH<br><br>ORDER |

On August 22, 2017, Plaintiffs filed several motions *in limine*. (Doc. Nos. 125-129). On September 1, 2017, Defendant Novartis Pharmaceuticals Corporation, a Delaware Corporation, ("NPC") also filed several motions *in limine* (Doc. Nos. 134-138), *Daubert* motions addressing the admissibility of Plaintiffs' expert witnesses, and Novartis Pharmaceuticals Corporation's Notice of Motion and Motion to Apply New Jersey Law to Plaintiffs' Request for Punitive Damages and to Preclude Punitive Damages as Preempted. (Doc. Nos. 142, 146, 150, 154, 159,

163, and 167). On the same day, Plaintiffs filed a Notice of Motion and Motion to Exclude Testimony of Drs. Croce, Moslehi, and Giles. (Doc. No. 177).

ORDERED:

1. A hearing on Defendant NPC's *Daubert* motions (Doc. Nos. 142, 146, 150, 154, 159, and 163) and Plaintiffs' Notice of Motion and Motion to Exclude Testimony of Drs. Croce, Moslehi, and Giles (Doc. No. 177) shall be held **at 9:00 a.m. (PT) (10:00 a.m. (MT)) on November 17, 2017**, via video conference at the Robert E. Coyle Federal Courthouse, Courtroom I, Fresno, California.

2. A hearing on Plaintiffs' motions *in limine* Nos. 1-4 (Doc. Nos. 125-128), Defendant NPC's motion *in limine* Nos. 1-5 (Doc. Nos. 134-138), and Defendant's Motion to Apply New Jersey Law to Plaintiffs' Request for Punitive Damages and to Preclude Punitive Damages as Preempted (Doc. No. 167) shall be held **at 10:00 a.m. (PT) (11:00 a.m. (MT)) on November 28, 2017**, via video conference at the Robert E. Coyle Federal Courthouse, Courtroom I, Fresno, California. This hearing will continue if necessary **at 9:00 a.m. (PT) (10:00 a.m. (MT)) on November 29, 2017**, via video conference at the Robert E. Coyle Federal Courthouse, Courtroom I, Fresno, California.

3. The date for filing the proposed final pretrial order, November 17, 2017, is VACATED and RESET for **December 8, 2017**.

DATED this 2nd day of November, 2017.

SAM E. HADDON
United States District Judge