UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KRISTI LAURIS, Individually and as Successor In Interest to the Estate of DAINIS LAURIS; KRISTI LAURIS as Guardian Ad Litem for L.L.; and TAYLOR LAURIS,<br><br>Plaintiffs,<br><br>v.<br><br>NOVARTIS AG, a Global Healthcare Company; NOVARTIS PHARMACEUTICALS CORPORATION, a Delaware Corporation,<br><br>Defendants. | Case No.: 1-16-cv-00393-SEH<br><br><br>ORDER |

On November 3, 2017, the Court conducted a hearing on Defendant Novartis AG's Motion for Summary Judgment (Doc. No. 158), Defendant Novartis Pharmaceuticals Corporation's Motion for Summary Judgment (Doc. No. 172) and Plaintiffs' Motion *in limine* No. 5 to Exclude Defendants' Affirmative Defenses Under Rule 37(c)(1) of the Federal Rules of Civil Procedure (Doc. No. 129).

Upon the record made in open court,

ORDERED:

1. Defendant Novartis AG's Motion for Summary Judgment (Doc. No. 158) is DENIED.

2. Defendant Novartis Pharmaceuticals Corporation's Motion for Summary Judgment (Doc. No. 172) is DENIED.

3. Plaintiffs' Motion *in limine* No. 5 to Exclude Defendants' Affirmative Defenses Under Rule 37(c)(1) of the Federal Rules of Civil Procedure (Doc. No. 129) is RESERVED.

DATED this 3rd day of November, 2017.

SAM E. HADDON
United States District Judge