# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KRISTI LAURIS, Individually and as Successor In Interest to the Estate of DAINIS LAURIS; KRISTI LAURIS as Guardian Ad Litem for L.L.; and TAYLOR LAURIS,<br><br>Plaintiffs,<br><br>v.<br><br>NOVARTIS AG, a Global Healthcare Company; NOVARTIS PHARMACEUTICALS CORPORATION, a Delaware Corporation,<br><br>Defendants. | Case No.: 1-16-cv-00393-SEH<br><br>ORDER |

The Court conducted a hearing on November 17, 2017, at the Paul G. Hatfield Courthouse, Helena, Montana.

Upon the record made in open court,

ORDERED

1. Defendants' Motion to Exclude Testimony of Dr. Klaus Hoffman[1] is DENIED, subject to the limitations on opinion testimony as stated on the record.

2. Defendants' Motion to Exclude Testimony of Dr. Sonal Singh[2] is DENIED.

3. Defendants' Motion to Exclude Testimony of Dr. T.K Chen[3] is DENIED. Dr. T.K. Chen may not testify as an expert at trial for the reasons stated on the record.

4. Defendants' Motion to Exclude Testimony of Dr. Mark Weiss[4] is DENIED, subject to the limitations on opinion testimony as stated on the record.

---

[1] Doc. 142.
[2] Doc. 150.
[3] Doc. 154.
[4] Doc. 163.

1

5. Defendants' Motion to Exclude Testimony of Dr. Robert Wagmeister[5] is DENIED.
6. Defendants' Motion to Exclude Testimony of Dr. Cheryl Blume[6] is RESERVED.
7. Plaintiffs' Motion to Exclude the Expert Testimony of Drs. Kevin Croce, Javid Moslehi, and Francis Giles Under *Daubert*[7] is DENIED.

DATED this 17th day of November, 2017.

*Sam E. Haddon*
SAM E. HADDON
United States District Judge

---

[5] Doc. 159.
[6] Doc. 146.
[7] Doc. 177.