# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KRISTI LAURIS, Individually and as Successor In Interest to the Estate of DAINIS LAURIS; KRISTI LAURIS as Guardian Ad Litem for L.L.; and TAYLOR LAURIS,<br><br>Plaintiffs,<br><br>v.<br><br>NOVARTIS AG, a Global Healthcare Company; NOVARTIS PHARMACEUTICALS CORPORATION, a Delaware Corporation,<br><br>Defendants. | Case No.: 1-16-cv-00393-SEH<br><br>ORDER |

The Court conducted a hearing on November 28, 2017, at the Paul G. Hatfield Courthouse, Helena, Montana.

Upon the record made in open court,

ORDERED

Defendants' Motion to Exclude Testimony of Dr. Blume[1] is DENIED, subject to the limitations on opinion testimony as stated on the record.

DATED this 28th day of November, 2017.

SAM E. HADDON
United States District Judge

---

[1] Doc. 146.

1