# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KRISTI LAURIS, Individually and as Successor In Interest to the Estate of DAINIS LAURIS; KRISTI LAURIS as Guardian Ad Litem for L.L.; and TAYLOR LAURIS,<br><br>Plaintiffs,<br><br>v.<br><br>NOVARTIS AG, a Global Healthcare Company; NOVARTIS PHARMACEUTICALS CORPORATION, a Delaware Corporation,<br><br>Defendants. | Case No.: 1-16-cv-00393-SEH<br><br>ORDER |

The Court conducted a hearing on November 28, 2017, at the Paul G. Hatfield Courthouse, Helena, Montana.

Upon the record made in open court,

ORDERED:

1. The parties are to meet and confer and file a joint report regarding any stipulations reached as to the pending motions *in limine*[1] on or before **December 8, 2017.**

2. The date for filing the proposed final pretrial order, December 8, 2017, is VACATED and RESET for **December 29, 2017.**

3. Response trial briefs shall be filed on or before **January 5, 2018.**

4. Forms of verdict shall be filed on or before **December 29, 2017.**

---

[1] Doc. Nos. 125, 126, 127, 128, 134, 135, 136, 137, and 138.

1

5. Objections to proposed voir dire, jury instructions, and forms of verdict shall be filed on or before **January 5, 2018.**

6. All other dates and deadlines in the Court's Orders of August 31, 2016,[2] and April 10, 2017,[3] remain in full force and effect.

7. All pending and unresolved motions are expected to be fully addressed and resolved on or before **January 12, 2017.**

DATED this 28th day of November, 2017.

*/s/ Sam E. Haddon*
SAM E. HADDON
United States District Judge

---

[2] Doc. No. 57.
[3] Doc. No. 98.