# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KRISTI LAURIS, Individually and as Successor In Interest to the Estate of DAINIS LAURIS; KRISTI LAURIS as Guardian Ad Litem for L.L.; and TAYLOR LAURIS,<br><br>Plaintiffs,<br><br>v.<br><br>NOVARTIS AG, a Global Healthcare Company; NOVARTIS PHARMACEUTICALS CORPORATION, a Delaware Corporation,<br><br>Defendants. | Case No.: 1-16-cv-00393-SEH<br><br>ORDER |

The Court will conduct a hearing, on the record, with counsel for the parties by telephone conference call at **9:00 a.m. (PT) (10:00 a.m. (MT)) on December 22, 2017**, on Plaintiffs' Motion *in Limine* No. 1 to Admit Evidence Related to Reports of Adverse Events Similar to Those Suffered by the Decedent,[1] Plaintiffs' Motion *in Limine* No. 2 to Admit Evidence Related to Foreign Health Authorities,[2] Plaintiffs' Motion *in Limine* No. 3 to Admit Defendants' Admissions Related to Causation,[3] Plaintiffs' Motion *in Limine* No. 4 to Admit Evidence Related to Defendants' Financial Motive,[4] Defendant's Motion *in Limine* No. 1 to Exclude Evidence and

---

[1] Doc. 125.
[2] Doc. 126.
[3] Doc. 127.
[4] Doc. 128.

Argument About Labeling Issues Controlled by the FDA, Defendants' Motion *in Limine* No. 2 to Exclude Evidence or Argument Concerning Foreign Regulatory Actions,[5] Defendants' Motion *in Limine* No. 3 to Exclude Evidence that Post-Dates Mr. Lauris' Use of Tasigna,[6] Defendants' Motion *in Limine* No.4 to Exclude Loss of Chance Arguments,[7] Defendants' Motion *in Limine* No. 5 (Omnibus),[8] and Defendants' Motion to Apply New Jersey Law to Plaintiff's Request for Punitive Damages and to Preclude Punitive Damages as Preempted.[9]

Counsel shall dial (858)812-0972 followed by 3000004# to be connected to the call for the hearing.

DATED this 18th day of December, 2017.

SAM E. HADDON
United States District Judge

---

[5] Doc. 135.
[6] Doc. 136.
[7] Doc. 137.
[8] Doc. 138.
[9] Doc. 167.