# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KRISTI LAURIS, Individually and as Successor In Interest to the Estate of DAINIS LAURIS; KRISTI LAURIS as Guardian Ad Litem for L.L.; and TAYLOR LAURIS,<br><br>Plaintiffs,<br><br>v.<br><br>NOVARTIS AG, a Global Healthcare Company; NOVARTIS PHARMACEUTICALS CORPORATION, a Delaware Corporation,<br><br>Defendants. | Case No.: 1-16-cv-00393-SEH<br><br>ORDER |

On December 22, 2017, Plaintiffs filed Plaintiffs' Notice of Motion and Motion to Permit Contemporaneous Video Transmission Under FRCP 43(a) ("Motion to Permit Video Transmission").[1]

In the interest of facilitating address and resolution of issues presented by the Motion to Permit Video Transmission and notwithstanding any provisions of the Local Rules of the United States District Court, Eastern District of California to the contrary,

ORDERED:

Defendants shall file a response brief to Plaintiffs' Motion to Permit Video Transmission on or before January 4, 2018. An optional reply brief from Plaintiffs may be filed on or before January 9, 2018. The Court will conduct hearing to address issues relevant to the Motion to

---

[1] Doc. 260.

Permit Video Transmission by telephone conference call at **9:00 a.m. (PT) (10:00 a.m. (MST))** **on January 10, 2018.**

Counsel shall dial (858)812-0972 followed 3000005# by to be connected to the call for the hearing.

DATED this __29th__ day of December, 2017.

SAM E. HADDON
United States District Judge