# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KRISTI LAURIS, Individually and as Successor In Interest to the Estate of DAINIS LAURIS; KRISTI LAURIS as Guardian Ad Litem for L.L.; and TAYLOR LAURIS,<br><br>Plaintiffs,<br><br>v.<br><br>NOVARTIS AG, a Global Healthcare Company; NOVARTIS PHARMACEUTICALS CORPORATION, a Delaware Corporation,<br><br>Defendants. | Case No.: 1-16-cv-00393-SEH<br><br><br>**ORDER** |

Notwithstanding any provisions of the Local Rules of the United States District Court, Eastern District of California to the contrary, no further pretrial motions shall be filed in this case absent: (1) a specific request to file the pretrial motion; (2) good cause shown; (3) a brief filed in support of the pretrial motion; and (4) a finding by the Court of good cause shown.

DATED this _____ day of January, 2018.

SAM E. HADDON
United States District Judge