# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KRISTI LAURIS, Individually and as Successor In Interest to the Estate of DAINIS LAURIS; KRISTI LAURIS as Guardian Ad Litem for L.L.; and TAYLOR LAURIS,<br><br>Plaintiffs,<br><br>v.<br><br>NOVARTIS AG, a Global Healthcare Company; NOVARTIS PHARMACEUTICALS CORPORATION, a Delaware Corporation,<br><br>Defendants. | Case No.: 1-16-cv-00393-SEH<br><br>ORDER |

The following of Plaintiffs' exhibits are admitted into evidence without objection for purposes of trial: 46, 55, 59, 63, 64, 68, 80, 86, 114, 119, 141, 240, 242, 243, 244, 246, 247, 248, 249, 250, 251, 252, 253, 254, 256, 257, 258, 259, 260, 262, 263, 264, 265, 266, 267, 268, 269, and 270.

DATED this 8th day of January, 2018.

SAM E. HADDON
United States District Judge