# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KRISTI LAURIS, Individually and as Successor In Interest to the Estate of DAINIS LAURIS; KRISTI LAURIS as Guardian Ad Litem for L.L.; and TAYLOR LAURIS,<br><br>Plaintiffs,<br><br>v.<br><br>NOVARTIS AG, a Global Healthcare Company; NOVARTIS PHARMACEUTICALS CORPORATION, a Delaware Corporation,<br><br>Defendants. | Case No.: 1-16-cv-00393-SEH<br><br>ORDER |

The following of Defendant Novartis Pharmaceuticals Corporations' ("NPC") and Defendant Novartis AG's exhibits are admitted into evidence without objection for purposes of trial:

1. Defendant NPC's Exhibits: 501, 503, 504, 507, 508, 509, 510, 511, 512, 514, 515, 526, 547, 552, 553, 554, 555, 558, 559, 561, 564, 566, 569, 571, 574, 577, 578, 581, 582, 583, 584, 585, 586, 588, 589, 590, 593, 594, 595, 597, 601, 603, 606, 607, 608, 610, 611, 612, 613, 614, 615, 617, 618, 619, 620, 621, 622, 623, 624, 625, 626, 627, 628, 629, 630, 631, 634, 635, 637, 638, 639, 640, 641, 642, 643, 644, 645, 646, 647, 648, 649, 650, 651, 652, 653, 654, 655, 656,

657, 658, 659, 661, 662, 663, 664, 665, 666, 667, 668, 669, 670, 671, 672, 673, 675, 676, 677, 678, 679, 680, 681, 682, 683, 684, 685, 686, 687, 688, 689, 691, 693, 694, 695, 696, 697, 698, 699, 700, 701, 702, 703, 704, 705, 706, 707, 709, 713, 714, 715, 717, 720, 721, 723, 724, 726, 727, 733, 740, 745, 746, 747, 748, 749, 753, 754, 755, 756, 757, 758, 760, 775, 776, 777, 779, 780, 781, 796, 808, 809, 810, 811, 812, 813, 816, and 820; and

2. Defendant Novartis AG's Exhibit 831.

DATED this 8th day of January, 2018.

SAM E. HADDON
United States District Judge