# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF CALIFORNIA

KRISTI LAURIS, Individually and as Successor In Interest to the Estate of DAINIS LAURIS; KRISTI LAURIS as Guardian Ad Litem for L.L.; and TAYLOR LAURIS,

        Plaintiffs,

v.

NOVARTIS AG, a Global Healthcare Company; NOVARTIS PHARMACEUTICALS CORPORATION, a Delaware Corporation,

        Defendants.

Case No.: 1-16-cv-00393-SEH

**AMENDED ORDER**

    The Court's Order of January 8, 2018,[1] is amended to reflect one additional exhibit (62) admitted into evidence without objection for purposes of trial. The exhibits admitted without objection are: 46, 55, 59, 62, 63, 64, 68, 80, 86, 114, 119, 141, 240, 242, 243, 244, 246, 247, 248, 249, 250, 251, 252, 253, 254, 256, 257, 258, 259, 260, 262, 263, 264, 265, 266, 267, 268, 269, and 270.

    DATED this _8th_ day of January, 2018.

                              SAM E. HADDON
                              United States District Judge

---

[1] Doc. 346.