# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KRISTI LAURIS, Individually and as Successor In Interest to the Estate of DAINIS LAURIS; KRISTI LAURIS as Guardian Ad Litem for L.L.; and TAYLOR LAURIS,<br><br>Plaintiffs,<br><br>v.<br><br>NOVARTIS AG, a Global Healthcare Company; NOVARTIS PHARMACEUTICALS CORPORATION, a Delaware Corporation,<br><br>Defendants. | Case No.: 1-16-cv-00393-SEH<br><br>ORDER |

Deposition Exhibits 63, 64, 65, 66, 68, 69, 70, 71, 72, 73, 74, 75, 76, 77, 78, 79, 80, 81, 82, 83, 84, 85, 86, 87, 88, 89, 90, 91, 92, 93, 94, 95, 96, 97, 98, 99, 100, 101, 102, 103, and 104 are all identified or referred to in the text of the depositions of Richard Woodman, taken April 12, 2017 and April 13, 2017.[1]

ORDERED

The parties shall file a written stipulation, on or before January 12, 2018, listing the document title and trial exhibit number of each and all deposition exhibits identified or referenced in the April 12, 2017, and April 13, 2017,

---

[1] Docs. 225-19 and 225-20.

depositions of Richard Woodman.

Any deposition exhibit not included or listed as a trial exhibit shall be separately identified by its deposition exhibit number in the written stipulation.

DATED this 9th day of January, 2018.

SAM E. HADDON
United States District Judge