# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KRISTI LAURIS, Individually and as Successor In Interest to the Estate of DAINIS LAURIS; KRISTI LAURIS as Guardian Ad Litem for L.L.; and TAYLOR LAURIS,<br><br>Plaintiffs,<br><br>v.<br><br>NOVARTIS AG, a Global Healthcare Company; NOVARTIS PHARMACEUTICALS CORPORATION, a Delaware Corporation,<br><br>Defendants. | Case No.: 1-16-cv-00393-SEH<br><br>ORDER |

Deposition Exhibits 145, 146, 147, 148, 149, 150, 151, 152, 153, 154, 155, 156, 157, 158, 159, 160, 161, 162, and 163 are all identified or referred to in the text of the deposition of Neil Gallagher, taken May 5, 2017.[1]

ORDERED

The parties shall file a written stipulation, on or before January 12, 2018, listing the document title and trial exhibit number of each and all deposition exhibits identified or referenced in the May 5, 2017, deposition of Neil Gallagher.

---

[1] Doc. 225-6.

Any deposition exhibit not included or listed as a trial exhibit shall be separately identified by its deposition exhibit number in the written stipulation.

DATED this 9th day of January, 2018.

/s/ Sam E. Haddon
SAM E. HADDON
United States District Judge