# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KRISTI LAURIS, Individually and as Successor In Interest to the Estate of DAINIS LAURIS; KRISTI LAURIS as Guardian Ad Litem for L.L.; and TAYLOR LAURIS, <br><br> Plaintiffs, <br><br> v. <br><br> NOVARTIS AG, a Global Healthcare Company; NOVARTIS PHARMACEUTICALS CORPORATION, a Delaware Corporation, <br><br> Defendants. | Case No.: 1-16-cv-00393-SEH <br><br><br> ORDER |

On January 10, 2018, the Court conducted a hearing to address Plaintiffs' Notice of Motion and Motion to Permit Contemporaneous Video Transmission Under FRCP 43(a) ("Motion to Permit Video Transmission").[1]

---

[1] Doc. 260.

Upon the record made at the hearing,

ORDERED:

The Motion to Permit Video Transmission[2] is DENIED.

DATED this 10th day of January, 2018.

SAM E. HADDON
United States District Judge

---

[2] Doc. 260.