# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KRISTI LAURIS, Individually and as Successor In Interest to the Estate of DAINIS LAURIS; KRISTI LAURIS as Guardian Ad Litem for L.L.; and TAYLOR LAURIS,<br><br>Plaintiffs,<br><br>v.<br><br>NOVARTIS AG, a Global Healthcare Company; NOVARTIS PHARMACEUTICALS CORPORATION, a Delaware Corporation,<br><br>Defendants. | Case No.: 1-16-cv-00393-SEH<br><br>ORDER |

Upon the record of the hearing on January 10, 2018, and upon consideration of remaining issues necessary and appropriate for pretrial resolution, the trial set for January 23, 2018, is VACATED to be RESET by further order of the Court.

DATED this 10th day of January, 2018.

SAM E. HADDON
United States District Judge