# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KRISTI LAURIS, Individually and as Successor In Interest to the Estate of DAINIS LAURIS; KRISTI LAURIS as Guardian Ad Litem for L.L.; and TAYLOR LAURIS,<br><br>Plaintiffs,<br><br>v.<br><br>NOVARTIS AG, a Global Healthcare Company; NOVARTIS PHARMACEUTICALS CORPORATION, a Delaware Corporation,<br><br>Defendants. | Case No.: 1-16-cv-00393-SEH<br><br>ORDER |

The Court's Orders of January 8, 2018[1] are VACATED and RESCINDED *ab initio* and are of no force and effect.

Issues relevant to admissibility in evidence at trial of Plaintiffs' and of Defendants' may-offer exhibits will be addressed by separate order or orders as appropriate, at, or in advance of trial.

DATED this 11th day of January, 2018.

SAM E. HADDON
United States District Judge

---

[1] Docs. 346, 347, and 348.