# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KRISTI LAURIS, Individually and as Successor In Interest to the Estate of DAINIS LAURIS; KRISTI LAURIS as Guardian Ad Litem for L.L.; and TAYLOR LAURIS,<br><br>Plaintiffs,<br><br>v.<br><br>NOVARTIS AG, a Global Healthcare Company; NOVARTIS PHARMACEUTICALS CORPORATION, a Delaware Corporation,<br><br>Defendants. | Case No.: 1-16-cv-00393-SEH<br><br>ORDER |

The Court will conduct a telephone conference and hearing on the record with counsel for the parties at **9:00 a.m. (PT) (10:00 a.m. (MT)) on February 23, 2018,** to address issues bearing upon and relevant to admission of testimony and to introduction into evidence at trial of exhibits that were identified and that were the subject of the examinations of: (1) Richard Woodman by deposition on April 12, 2017, and April 13, 2017; (2) Mary Aghoghovbia by deposition on April 25, 2017; (3) Neil Gallagher by deposition on May 5, 2017; (4) Karen Habucky by deposition on April 7, 2017, and April 8, 2017; (5) Frank Hong by deposition on May 2, 2017;

and (6) Mark Sims by deposition on May 16, 2017.

Counsel shall file notices of the telephone number at which they may be reached for the conference on or before February 21, 2018, at 4:45 p.m. (MT).

DATED this 14th day of February, 2018.

SAM E. HADDON  
United States District Judge