# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KRISTI LAURIS, Individually and as Successor In Interest to the Estate of DAINIS LAURIS; KRISTI LAURIS as Guardian Ad Litem for L.L.; and TAYLOR LAURIS,<br><br>Plaintiffs,<br><br>v.<br><br>NOVARTIS AG, a Global Healthcare Company; NOVARTIS PHARMACEUTICALS CORPORATION, a Delaware Corporation,<br><br>Defendants. | Case No.: 1-16-cv-00393-SEH<br><br>ORDER |

The Court conducted a telephone conference and hearing on the record with counsel for the parties on February 23, 2018.

Upon the record made at the hearing,

ORDERED:

1. The parties are to meet and confer and file a joint report on or before **4:45 p.m. (MT) on March 2, 2018.** The joint report shall:

    a. Identify by page and line reference all portions of any deposition

containing arguments, statements, or colloquy between or among counsel, as described at the hearing, contained in deposition records of Richard Woodman, Mary Aghoghovbia, Neil Gallagher, Karen Habucky, Frank Hong, and Mark Sims (collectively, "the depositions");

 b. Identify by page and line reference any portions of any deposition previously designated in the Proposed Final Pretrial Order[1] that the parties intend to withdraw from consideration as trial evidence; and

 c. If the parties cannot agree upon content of arguments, statements, or colloquy between or among counsel, each shall designate by page and line reference those portions of each deposition about which there is a dispute.

2. On or before **4:45 p.m. (MT) on March 2, 2018**, each party shall file a brief grounded upon and limited to the record now before the Court and directed to and including: (1) the identity (by trial exhibit number) of each exhibit that was the subject of questions or answers or testimony in the deposition of a witness to which an objection or objections were made; and (2) a complete statement of each and all reasons, to include appropriate reference to the Federal Rules of Evidence

---
[1] Doc. 324.

and applicable case law, asserted by the proponent of the exhibit as to why the particular exhibit should be deemed admissible in evidence at trial.

3.  Response briefs directed to issues of admission or exclusion of exhibits to which an objection or objections were made shall be filed on or before **4:45 p.m. (MT) on March 9, 2018.** Response briefs shall be grounded upon and limited to the record before the Court, and shall state with particularly all reasons asserted by the opponent to admission as to why the exhibit should be excluded from admission in evidence at trial.

4.  The Court will conduct an additional hearing or hearings as necessary to finally address and rule upon the admissibility at trial of all exhibits about which questions were asked and answers were provided at the depositions.

5.  The parties shall file notice(s) with the Court on or before 4:45 p.m. **(MT) on March 2, 2018,** of dates of availability of counsel for commencement of a 3-week trial

DATED this 23rd day of February, 2018.

_____
SAM E. HADDON
United States District Judge