# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KRISTI LAURIS, Individually and as Successor In Interest to the Estate of DAINIS LAURIS; KRISTI LAURIS as Guardian Ad Litem for L.L.; and TAYLOR LAURIS,<br><br>Plaintiffs,<br><br>v.<br><br>NOVARTIS AG, a Global Healthcare Company; NOVARTIS PHARMACEUTICALS CORPORATION, a Delaware Corporation,<br><br>Defendants. | Case No.: 1-16-cv-00393-SEH<br><br>ORDER |

ORDERED:

To assist the Court in addressing issues of admissibility into evidence at trial of both will offer and may offer trial exhibits that were the subject of or were referenced by counsel for any party in any portion of the depositions of:

(1) Karen Habucky; (2) Richard Woodman; (3) Mary Aghoghovbia; (4) Frank Hong; (5) Neil Gallagher; or (6) Mark Sims and which were designated by any party for admission at trial, counsel shall meet and confer and submit to the Court

on or before 4:45 p.m. (MT) on Friday, March 23, 2018, a summary chart compiled from deposition designations to be offered at trial that: (1) identifies each deponent; (2) identifies by trial exhibit number each exhibit that was the subject of questions asked or answers provided or that was commented upon on the record during the deposition of a particular deponent; and (3) that identifies by (a) beginning page and line reference; and by (b) ending page and line reference all such counsel questions, witness answers, and exhibit-related comments in a particular deposition.

If a party disagrees with another party or parties as to whether a particular designation does or does not relate to a particular exhibit, that party shall file, on or before 4:45 p.m. (MT) on March 23, 2018, a written statement-of-position brief explaining the party's position as to whether and why the contested designation does or does not relate to a particular exhibit.

This Order requires the parties to identify and fully disclose, on the record, all designations appearing by way of question, or answer, or comment that relate to each of the trial exhibits about which a particular identified deposition witness was examined.

DATED this 15th day of March, 2018.

SAM E. HADDON
United States District Judge