# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KRISTI LAURIS, Individually and as Successor In Interest to the Estate of DAINIS LAURIS; KRISTI LAURIS as Guardian Ad Litem for L.L.; and TAYLOR LAURIS,<br><br>Plaintiffs,<br><br>v.<br><br>NOVARTIS AG, a Global Healthcare Company; NOVARTIS PHARMACEUTICALS CORPORATION, a Delaware Corporation,<br><br>Defendants. | Case No.: 1-16-cv-00393-SEH<br><br>**ORDER** |

A hearing to address issues related to admissibility of testimony and exhibits to be admitted at trial, that are to be presented through the deposition testimony of: (1) Karen Habucky, taken April 7 and 8, 2017; (2) Richard Woodman, taken April 12 and 13, 2017; (3) Mary Aghoghovbia, taken April 25, 2017; (4) Frank Hong, taken May 2, 2017; (5) Neil Gallagher, taken May 5, 2017; and (6) Mark Sims, taken May 16, 2017, shall be held **at 9:00 a.m. (PT) (10:00 a.m. (MT)) on April**

**6, 2018,** via video conference at the Robert E. Coyle Federal Courthouse, Courtroom I, Fresno, California.

DATED this 29th day of March, 2018.

*/s/ Sam E. Haddon*
SAM E. HADDON
United States District Judge