# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KRISTI LAURIS, Individually and as Successor In Interest to the Estate of DAINIS LAURIS; KRISTI LAURIS as Guardian Ad Litem for L.L.; and TAYLOR LAURIS,<br><br>Plaintiffs,<br><br>v.<br><br>NOVARTIS AG, a Global Healthcare Company; NOVARTIS PHARMACEUTICALS CORPORATION, a Delaware Corporation,<br><br>Defendants. | Case No.: 1-16-cv-00393-SEH<br><br>**ORDER** |

The Court has received the Joint Request for Clarification filed by the parties on March 29, 2018 (Doc. 388),

ORDERED:

The Court will conduct the hearing set for April 6, 2018, by telephone conference on the record at **9:00 a.m. (PT) (10:00 a.m. (MT)) on April 6, 2018.**

Counsel shall file notices of the telephone number at which they may be reached for the conference on or before April 4, 2018, at 4:45 p.m. (MT).

DATED this 29th day of March, 2018.

SAM E. HADDON
United States District Judge