# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KRISTI LAURIS, Individually and as Successor In Interest to the Estate of DAINIS LAURIS; KRISTI LAURIS as Guardian Ad Litem for L.L.; and TAYLOR LAURIS,<br><br>Plaintiffs,<br><br>v.<br><br>NOVARTIS AG, a Global Healthcare Company; NOVARTIS PHARMACEUTICALS CORPORATION, a Delaware Corporation,<br><br>Defendants. | Case No.: 1-16-cv-00393-SEH<br><br>**ORDER** |

A Proposed Final Pretrial Order was filed on December 29, 2017, which identified Exhibits 8, 21, 56, 80, and 120 as either will-offer or may-offer trial exhibits.[1] Defendants identified Exhibit 508 as a will-offer trial exhibit.[2]

On March 3, 2017, the Court ordered that "[t]he original of document exhibits shall be delivered to the Clerk of Court."[3]

Plaintiffs' filed corrected versions of trial Exhibits 8, 21, 56, 80, and 120 on January 29, 2018.[4] Novartis Pharmaceuticals Corporation filed a corrected version of trial Exhibit 508 on January 22, 2018.[5] Both parties requested that the previous versions of the exhibits identified be disregarded.[6]

---

[1] Doc. 324-1.
[2] Doc. 324.
[3] Doc. 92 at 8.
[4] Doc. 365.
[5] Doc. 363.
[6] Docs 363 and 365.

ORDERED:

1. Plaintiffs are directed to forthwith deliver to the Clerk of Court the original of corrected Exhibits 8,[7] 21,[8] 56,[9] 80,[10] and 120.[11]

2. Defendants are directed to forthwith deliver to the Clerk of Court the original of corrected Exhibit 508.[12]

3. The Clerk of Court shall replace original document Exhibits 8, 21, 56, 80, 120, and 508 with the corrected versions of those Exhibits.

DATED this 6th day of April, 2018.

*signature*

SAM E. HADDON
United States District Judge

---

[7] Doc. 365-1.
[8] Doc. 365-2.
[9] Doc. 365-3.
[10] Doc. 365-4.
[11] Doc. 365-5.
[12] Doc. 363-1.