# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KRISTI LAURIS, Individually and as Successor In Interest to the Estate of DAINIS LAURIS; KRISTI LAURIS as Guardian Ad Litem for L.L.; and TAYLOR LAURIS, | Case No.: 1-16-cv-00393-SEH |
| Plaintiffs, | **ORDER** |
| v. | |
| NOVARTIS AG, a Global Healthcare Company; NOVARTIS PHARMACEUTICALS CORPORATION, a Delaware Corporation, | |
| Defendants. | |

The Court will conduct a conference call with counsel for the parties at **9:00 a.m. (PT) (10:00 (MT)) on June 27, 2018,** to select a date for commencement of trial of the above case.

Each party, on or before 4:45 p.m. (MT) June 26, 2018, shall file a statement identifying not less than three separate blocks of time: (1) during the months of October and November, 2018; (2) of sufficient length to accommodate the days required to conduct and complete the trial; (3) which do not conflict with Counsels' previously set professional commitments; and (4) during which counsel are available for trial.

It is the Court's intention to set the case for trial at the earliest date available on the Court's docket and acceptable to the parties.

The Court will initiate the call. Each counsel participating in the call shall, on or before 4:45 p.m. (MT) June 26, 2018, file a notice stating the number at which he or she may reached for the call.

DATED this 22nd day of June, 2018.

SAM E. HADDON
United States District Judge