# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KRISTI LAURIS, Individually and as Successor In Interest to the Estate of DAINIS LAURIS; KRISTI LAURIS as Guardian Ad Litem for L.L.; and TAYLOR LAURIS,<br><br>Plaintiffs,<br><br>v.<br><br>NOVARTIS AG, a Global Healthcare Company; NOVARTIS PHARMACEUTICALS CORPORATION, a Delaware Corporation,<br><br>Defendants. | Case No.: 1-16-cv-00393-SEH<br><br>ORDER |

On June 27, 2018, the Court held a telephone scheduling call with counsel.

ORDERED:

A Jury Trial (10 days) shall commence on **October 29, 2018, at 8:45 a.m. (PT)**, at the Robert E. Coyle Federal Courthouse, Courtroom I, Eighth Floor, Fresno, California.

DATED this 27th day of June, 2018.

SAM E. HADDON
United States District Judge