# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KRISTI LAURIS, Individually and as Successor In Interest to the Estate of DAINIS LAURIS; KRISTI LAURIS as Guardian Ad Litem for L.L.; and TAYLOR LAURIS,<br><br>Plaintiffs,<br><br>v.<br><br>NOVARTIS AG, a Global Healthcare Company; NOVARTIS PHARMACEUTICALS CORPORATION, a Delaware Corporation,<br><br>Defendants. | Case No.: 1-16-cv-00393-SEH<br><br>ORDER |

Defendant Novartis Pharmaceuticals Corporation's Filing of Supplemental Trial Exhibit[1] regarding DX 821, filed on April 9, 2018, fails to inform the Court whether DX 821 is to be designated as a "will-offer" or as a "may-offer" exhibit.

ORDERED:

Defendant Novartis Pharmaceuticals shall file a notice with the Court identifying DX 821 as either a will-offer exhibit or a may-offer exhibit on or before 4:45 pm (MT) on June 29, 2018.

DATED this 27th day of June, 2018.

SAM E. HADDON
United States District Judge

---

[1] Doc. 396.