# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KRISTI LAURIS, Individually and as Successor In Interest to the Estate of DAINIS LAURIS; KRISTI LAURIS as Guardian Ad Litem for L.L.; and TAYLOR LAURIS,<br><br>Plaintiffs,<br><br>v.<br><br>NOVARTIS AG, a Global Healthcare Company; NOVARTIS PHARMACEUTICALS CORPORATION, a Delaware Corporation,<br><br>Defendants. | Case No.: 1-16-cv-00393-SEH<br><br>ORDER |

The parties having filed a Joint Notice of Settlement,[1]

ORDERED:

1. All pending motions are DENIED as MOOT.[2]

2. The trial set for October 29, 2018, is VACATED.

3. The parties shall file a stipulation for dismissal and proposed order of dismissal on or before September 4, 2018.

DATED this 17th day of August, 2018.

SAM E. HADDON
United States District Judge

---
[1] Doc. 413.
[2] Docs. 125, 126, 127, 129 and 138.