# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KRISTI LAURIS, Individually and as Successor In Interest to the Estate of DAINIS LAURIS; KRISTI LAURIS as Guardian Ad Litem for L.L.; and TAYLOR LAURIS,<br><br>Plaintiffs,<br><br>v.<br><br>NOVARTIS AG, a Global Healthcare Company; NOVARTIS PHARMACEUTICALS CORPORATION, a Delaware Corporation,<br><br>Defendants. | Case No.: 1-16-cv-00393-SEH<br><br>ORDER |

The Joint Stipulation and Request for Extension of Time to File Dismissal and for Referral of Settlement to Magistrate (Doc. 415) is GRANTED.

ORDERED:

The deadline for submission of a stipulation for dismissal and proposed order of dismissal is EXTENDED to October 19, 2018.

FURTHER ORDERED:

The mattered is referred to the Honorable Stanley A. Boone, United States Magistrate Judge, for disposition of all settlement matters, including the petition for minor's compromise.

The Clerk of Court shall forthwith notify the parties and Magistrate Judge Boone of the making of this Order.

DATED this 30th day of August, 2018.

SAM E. HADDON
United States District Judge