# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KRISTI LAURIS, et. al.,<br><br>　　　　Plaintiffs,<br><br>　v.<br><br>NOVARTIS AG, et al.,<br><br>　　　　Defendants. | Case No. 1:16-cv-00393-SEH-SAB<br><br>ORDER VACATING NOVEMBER 5, 2018 HEARING |

On September 14, 2018, a notice of petition for approval and settlement of the minor's claims was filed. (ECF No. 418.) A hearing on the petition was held on October 17, 2018, which was continued to November 5, 2018, to address the confidentiality of the settlement. (ECF Nos. 424, 425.) On October 31, 2018, Plaintiff filed a second declaration addressing the settlement amount. (ECF Nos. 429, 430.) The Court finds that this matter is suitable for decision without further oral argument.

Accordingly, IT IS HEREBY ORDERED that the November 5, 2018 hearing is VACATED and the parties need not appear on that date.

IT IS SO ORDERED.

Dated: __**November 2, 2018**__

　　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE

1