# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KRISTI LAURIS, et. al.,<br><br>    Plaintiffs,<br><br>    v.<br><br>NOVARTIS AG, et al.,<br><br>    Defendants. | Case No. 1:16-cv-00393-SEH-SAB<br><br>ORDER ASSIGNING CASE RE PRESIDING JUDGE |

IT IS HEREBY ORDERED that the above-entitled action be assigned to the docket of Magistrate Judge STANLEY A. BOONE as Presiding Judge of the above entitled action. The parties have filed a Consent to Proceed before the assigned Magistrate Judge to conduct the proceedings for the disposition of all settlement matters and entry of final judgment.

ALL FUTURE PLEADINGS SHALL BE

NUMBERED AS FOLLOWS:

1:16-cv-00393-SAB

IT IS SO ORDERED.

Dated: __**November 5, 2018**__        __/s/ Lawrence J. O'Neill__
                                                                       UNITED STATES CHIEF DISTRICT JUDGE