# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Kristi Lauris, et al., <br><br> Plaintiffs, <br> v. <br> Novartis AG, et al., <br><br> Defendants. | Case No. 1:16-cv-00393-SAB <br><br> ORDER MODIFYING APPROVAL OF SETTLEMENT AND COMPROMISE OF MINOR'S CLAIMS |

On November 6, 2018, an order issued granting Plaintiffs' petition for approval of settlement and compromise of minor Plaintiff L.L.'s claims. (ECF No. 435.) In approving the petition, the Court ordered that Plaintiff L.L.'s settlement amount be deposited into a fixed annuity with New York Life as forth in the declaration of Richard M. Elias (filed as ECF No. 429). Id.

Subsequently, Plaintiffs' counsel informed the Court of unforeseen difficulties in purchasing the fixed term annuity due to concerns about tax penalties that apply to any withdrawals of income earned by the annuity taken prior to age fifty-nine and a half. As an alternative, Plaintiffs' counsel has proposed that the settlement amount be deposited into a guaranteed period income ("GPI") annuity with a term of seven years. The GPI annuity provides that the annuity amount plus interest will be paid to L.L. in equal payments over the

course of seven years. Such payments are not subject to any tax penalties.

The Court finds that the proposed GPI annuity is an appropriate investment for Plaintiff L.L. that will ensure that she will have the ability to pay for the reasonable expenses that she will incur during her college career, while preventing her from gaining immediate access to all of the settlement funds.

Accordingly, IT IS HEREBY ORDERED that:

1. The November 6, 2018 order is modified and a GPI annuity with New York Life shall be purchased for the minor;
2. Plaintiffs' counsel shall file under seal proof that the monies were deposited into said GPI annuity within five days of the purchase of the GPI; and
3. Except as described specifically herein, all other aspects of the November 6, 2018 order remain intact.

IT IS SO ORDERED.

Dated: __December 21, 2018__

_____
UNITED STATES MAGISTRATE JUDGE